Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Eastern District of Michigan**

Case number (if known): _____ Chapter __11__

☐ Check if this is an
  amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Johnson Enterprises-Johnson Wash Systems LLC** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**

4 6 – 2 2 8 1 5 5 2

**4. Debtor's address**

Principal place of business

1175 Rickett Rd
Number    Street

Brighton, MI 48116-1881
City                    State    ZIP Code

Livingston
County

Mailing address, if different from principal place of business

Number    Street

City                    State    ZIP Code

Location of principal assets, if different from principal place of business

Number    Street

City                    State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

     ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                           MM / DD / YYYY

         District _____ When _____ Case number _____
                                             MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

         District _____ When _____
                                                   MM / DD / YYYY

         Case number, if known _____

| 11. Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

_____
Number          Street

_____

_____
City                                State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

            Contact name _____

            Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49            ☐ 50-99            ☐ 1,000-5,000       ☐ 5,001-10,000      ☐ 25,001-50,000      ☐ 50,000-100,000
☐ 100-199         ☐ 200-999          ☐ 10,001-25,000                          ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000                    ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☑ $50,001-$100,000              ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000             ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million           ☐ $100,000,001-$500 million    ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/22/2024__
MM/ DD/ YYYY

X __/s/ Kathleen Barge__
Signature of authorized representative of debtor

__Kathleen Barge__
Printed name

Title _____**Member/Manager**_____

**18. Signature of attorney**

X _____/s/ Mark H. Shapiro_____
Signature of attorney for debtor

Date __08/22/2024__
MM/ DD/ YYYY

__Mark H. Shapiro__
Printed name

__Steinberg Shapiro & Clark__
Firm name

__25925 Telegraph Road Ste 203__
Number        Street

__Southfield__
City

__MI__
State

__48033__
ZIP Code

__(248) 352-4700__
Contact phone

__shapiro@steinbergshapiro.com__
Email address

__P43134__
Bar number

__MI__
State

Fill in this information to identify the case:

Debtor name __**Johnson Enterprises-Johnson Wash Systems LLC**__

United States Bankruptcy Court for the:

__**Eastern District of Michigan**__

Case number (if known): _____    Chapter __11__

☐ Check if this is an
   amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
       Copy line 88 from *Schedule A/B*............................................................................................   **$0.00**

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.........................................................................................   **$63,021.07**

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*............................................................................................   **$63,021.07**

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................   **$106,000.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................................   **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................   **+ $255,481.85**

4. **Total liabilities**...................................................................................................................................................   **$361,481.85**
   Lines 2 + 3a + 3b

Debtor Name **Johnson Enterprises-Johnson Wash Systems LLC**

United States Bankruptcy Court for the: **Eastern** District of **Michigan**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of Ann Arbor** | **Checking account** | **4  8  3  8** | $118.65 |
| 3.2. | **University of Michigan Credit Union** | **Checking account** | **0  6  3  9** | $243.67 |
| 3.3. | **Lake Trust Credit Union** | **Checking account** | **3  7  8  0** | $93.75 |
| 3.4. | **Lake Trust Credit Union** | **Savings account** | **3  7  7  0** | $500.00 |
| 3.5. | **University of Michigan Credit Union** | **Savings account** | **0  6  3  9** | $5.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____

   4.2. _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$961.07**

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   Current value of debtor's interest

24-31570-jda    Doc 1    Filed 08/22/24    Entered 08/22/24 15:41:38    Page 6 of 50

| 7. | **Deposits, including security deposits and utility deposits** | |
|---|---|---|
| | Description, including name of holder of deposit | |
| | 7.1   **Landlord** _____ | **$3,000.00** |

| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
|---|---|---|
| | Description, including name of holder of prepayment | |
| | 8.1 _____ | _____ |
| | 8.2 _____ | _____ |

| 9. | **Total of Part 2** | |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | **$3,000.00** |

### Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

11. **Accounts receivable**

| 11a. 90 days old or less: | **$8,060.00** | - | **unknown** | =....➡ | **$8,060.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | _____ | - | _____ | =....➡ | _____ |
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3** | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | **$8,060.00** |

### Part 4:   Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 _____ | _____ | _____ |
|---|---|---|
| 14.2 _____ | _____ | _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1 _____ | _____ | _____ | _____ |

| | | | | |
|---|---|---|---|---|
| 15.2._____ | _____ | _____ | _____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____ _____ _____

16.2 _____ _____ _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| _____ |
|---|

| **Part 5:** | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| _____ |
|---|

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

24-31570-jda    Doc 1    Filed 08/22/24    Entered 08/22/24 15:41:38    Page 8 of 50

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **28.  Crops—either planted or harvested** | | | |
| **29.  Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.  Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |

**33.  Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.  _____

**34.  Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Office furniture | unknown | | $500.00 |
| 40. **Office fixtures** | | | |
| | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers, servers used in business | unknown | | $500.00 |
| Wash equipment located at Waste Management facility in Biloxi, MS | unknown | | $30,000.00 |
| Wash equipment located in shop | unknown | | $20,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | $51,000.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |

| | | | |
|---|---|---|---|
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |

48. **Watercraft, trailers, motors, and related accessories** Examples:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

_____    _____    _____    _____

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                          _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such<br>as Assessor Parcel Number (APN), and type of<br>property (for example, acreage, factory,<br>warehouse, apartment or office building), if<br>available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br><br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 10:** | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

---

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  _____  _____  = ➔  _____
                                           Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  _____

_____  Tax year _____  _____

_____  Tax year _____  _____

73. **Interests in insurance policies or annuities**

_____  _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  _____

Nature of claim    _____

Amount requested    _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  _____

Nature of claim    _____

Amount requested    _____

76. **Trusts, equitable or future interests in property**

_____  _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____  _____

78. **Total of Part 11**
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $961.07 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $8,060.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $51,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9*............................................................................ ➜ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | $63,021.07 | + 91b. |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................................... | $63,021.07 |

Fill in this information to identify the case:

Debtor name **Johnson Enterprises-Johnson Wash Systems LLC**

United States Bankruptcy Court for the: _____ **Eastern** _____ District of _____ **Michigan** _____
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property       12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

## Part 1:     List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**2.1** | **Creditor's name**

**Bank of Ann Arbor**

**Creditor's mailing address**

**c/o Plunkett & Cooney**

**38505 Woodward Ave Ste 100**

**Bloomfld Hls, MI 48304-5096**

**Creditor's email address, if known**

**dbernstein@plunkettcooney.com**

**Date debt was incurred** _____ **9/19**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

**Describe debtor's property that is subject to a lien**

Bank of Ann Arbor

**Describe the lien**

**Consensual**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$106,000.00** | **$118.65**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          **$106,000.00**

Fill in this information to identify the case:

Debtor name   **Johnson Enterprises-Johnson Wash Systems LLC**

United States Bankruptcy Court for the:

**Eastern District of Michigan**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

_____   _____

**2.2** **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

_____   _____

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 1 of 11

| Debtor | Johnson Enterprises-Johnson Wash Systems LLC | Case number *(if known)* _____ |
|--------|---------------------------------------------|----------------------------------------|
| | Name | |

<div style="background:black;color:white">**Part 2:**</div> List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

Advan Integration (PTY) LTD

36 Dam Drive

Ifafi, Hartbeespoort 0260,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,320.00

---

**3.2** Nonpriority creditor's name and mailing address

Alro Steel

Hutchinson Warren & Assoc.

122 S Rawles St Ste 200

Romeo, MI 48065-5606

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business expenses**

Is the claim subject to offset?
☑ No
☐ Yes

$3,804.96

---

**3.3** Nonpriority creditor's name and mailing address

American Express

c/o TransWorld Systems

620 W Germantown Pike Ste 220

Plymouth Mtng, PA 19462-1078

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,370.51

---

**3.4** Nonpriority creditor's name and mailing address

American Express - Amazon

World Financial Center

200 Vesey St

New York, NY 10285-1000

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,347.19

| Part 2: | Additional Page |
|---|---|

**3.5** Nonpriority creditor's name and mailing address

**Balboa Capital Corporation**

**c/o Deborah Rubin Esq.**

**27777 Franklin Rd Ste 2500**

**Southfield, MI 48034-8222**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expenses**

Is the claim subject to offset?
☒ No
☐ Yes

$39,636.31

---

**3.6** Nonpriority creditor's name and mailing address

**CAP 1 Spark**

**Attn Dept 63001-0125**

**15000 Capital One Dr**

**Richmond, VA 23238-1119**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$5,381.25

---

**3.7** Nonpriority creditor's name and mailing address

**Chem Station Seattle**

**c/o Muller Muller Richmond & Harms PC**

**33233 Woodward Ave**

**Birmingham, MI 48009-0903**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$4,736.67

---

**3.8** Nonpriority creditor's name and mailing address

**City of Brighton**

**200 N 1st St**

**Brighton, MI 48116-1268**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Service**

Is the claim subject to offset?
☒ No
☐ Yes

$1,830.02

| Part 2: | Additional Page |
|---|---|

---

**3.9** Nonpriority creditor's name and mailing address

**City of Brighton**

**200 N 1st St**

**Brighton, MI 48116-1268**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Property Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

$589.45

---

**3.10** Nonpriority creditor's name and mailing address

**Dultmeier Sales, LLC**

**13808 Industrial Rd**

**Omaha, NE 68137-1104**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,884.34

---

**3.11** Nonpriority creditor's name and mailing address

**Great Lakes Pump & Supply Company**

**1075 Naughton Dr**

**Troy, MI 48083-1911**

Date or dates debt was incurred _____

Last 4 digits of account number __9_ _7_ _8_ _0_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$16,163.69

---

**3.12** Nonpriority creditor's name and mailing address

**Internal Revenue Service**

**Cincinnati, OH 45999-0030**

Date or dates debt was incurred __2021__

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

$2,812.00

---

**Part 2:** Additional Page

---

**3.13** Nonpriority creditor's name and mailing address

**Inxpress**

**10619 S Jordan Gtwy Ste 110**

**South Jordan, UT 84095-4048**

Date or dates debt was incurred _____

Last 4 digits of account number    **0   0   1   4**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$9,640.00

---

**3.14** Nonpriority creditor's name and mailing address

**Istobal Corp.**

**1045 Page St**

**Bristol, VA 24201-2499**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$13,626.25

---

**3.15** Nonpriority creditor's name and mailing address

**Kensington Court LLC**

**12462 Hyne Rd Unit 8030**

**Brighton, MI 48114-9299**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$14,850.00

---

**3.16** Nonpriority creditor's name and mailing address

**McLean Technologies**

**1425 Gartland Ave**

**Nashville, TN 37206-2752**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$21,089.42

---

| Part 2: | Additional Page |
|---------|-----------------|

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $678.51

**Michigan Department of Treasury**

**Collection/Bankruptcy Unit**

**Po Box 30199**

**Lansing, MI 48909-7699**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,728.40

**New Lane Finance**

**123 S Broad St Fl 17**

**Philadelphia, PA 19109-1032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,198.42

**PayPal - Swift Financial**

**c/o MRS BPO LLC**

**1930 Olney Ave**

**Cherry Hill, NJ 08003-2016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __1_ _3_ _1_ _9_

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,140.42

**People Ready**

**c/o Ingold Law PLLC**

**555 Main St**

**Buffalo, NY 14203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __2_ _0_ _1_ _1_

| Part 2: | Additional Page |
|---------|-----------------|

**3.21** Nonpriority creditor's name and mailing address

**Raile Company**

**Attn Alan Wood**

**14278 E 9 Mile Rd**

**Warren, MI 48089-2758**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$8,905.00

---

**3.22** Nonpriority creditor's name and mailing address

**Sonny's Direct**

**100 E Kelso Rd**

**Kaukauna, WI 54130-5512**

Date or dates debt was incurred _____

Last 4 digits of account number  9  7  2  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$11,876.34

---

**3.23** Nonpriority creditor's name and mailing address

**Sunbelt Rentals**

**c/o Tucker Albin & Associates**

**1702 N Collins Blvd Ste 100**

**Richardson, TX 75080-3662**

Date or dates debt was incurred _____

Last 4 digits of account number  4  5  9  4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,137.39

---

**3.24** Nonpriority creditor's name and mailing address

**Unemployment Insurance Agency**

**Cadillac Place**

**3024 W Grand Blvd Ste L-385**

**Detroit, MI 48202-6024**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

| Part 2: | Additional Page |
|---------|-----------------|

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23,965.31
*Check all that apply.*

**Wanner Engineering**

**1204 Chestnut Ave**

**Minneapolis, MN 55403-1230**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

- ☑ No
- ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $770.00
*Check all that apply.*

**Winfield Machine Repair**

**29761 Groesbeck Hwy**

**Roseville, MI 48066-1923**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Is the claim subject to offset?**

**Last 4 digits of account number** 8 5 9 5

- ☑ No
- ☐ Yes

| Debtor | Johnson Enterprises-Johnson Wash Systems LLC | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** American Express - Amazon<br>Po Box 60189<br>City Industry, CA 91716-0189 | Line **3.4**<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| **4.2** CAP 1 Spark<br>Po Box 4069<br>Carol Stream, IL 60197-4069 | Line **3.6**<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| **4.3** Dultmeier Sales, LLC<br>Po Box 856771<br>Minneapolis, MN 55485-6771 | Line **3.10**<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| **4.4** Gregory Dickinson<br>Assistant U.S. Attorney<br>211 W Fort St Ste 2001<br>Detroit, MI 48226-3220 | Line **3.12**<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| **4.5** Internal Revenue Service<br>Business Division<br>3971 Research Park Dr<br>Ann Arbor, MI 48108-2281 | Line **3.12**<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| **4.6** Inxpress<br>Po Box 709030<br>Sandy, UT 84070-9017 | Line **3.13**<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| **4.7** John F Muller Esq<br>c/o Muller Muller Richmond Harms PC<br>33233 Woodward Ave<br>Birmingham, MI 48009 | Line **3.2**<br>☐ Not listed. Explain | ___ ___ ___ ___ |

| Part 3: | Additional Page |
|---|---|

| 4.8 | **Milliken & Michaels, Inc.** | Line **3.11** |
|---|---|---|
| | **1114 17th St** | ☐ Not listed. Explain _____ __ __ __ __ |
| | **Vero Beach, FL 32960-3630** | _____ |

| 4.9 | **New Lane Finance** | Line **3.18** |
|---|---|---|
| | **Po Box 7358** | ☐ Not listed. Explain _____ __ __ __ __ |
| | **Philadelphia, PA 19101-7358** | _____ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |

| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. | **+** $255,481.85 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $255,481.85 |

Fill in this information to identify the case:

Debtor name **Johnson Enterprises-Johnson Wash Systems LLC**

United States Bankruptcy Court for the:

**Eastern District of Michigan**

Case number (if known): _____ Chapter **11**

☐ Check if this is an
amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases
**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | **Office lease** **Needlepoint Development** |
| | **Contract to be ASSUMED** **Po Box 462** |
| State the term remaining | **48 months** **New Hudson, MI 48165-0462** |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Debtor name **Johnson Enterprises-Johnson Wash Systems LLC**

United States Bankruptcy Court for the: **Eastern** District of **Michigan**

(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

---

**1.** **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1** **Barge, Joseph** | **6132 Cottonwood Dr** <br> Street <br><br> **Whitmore Lake, MI 48189-9772** <br> City　　　　State　　　ZIP Code | **New Lane Finance** | ☐ D ☑ E/F ☐ G |
| | | **Great Lakes Pump & Supply Company** | ☐ D ☑ E/F ☐ G |
| | | **Balboa Capital Corporation** | ☐ D ☑ E/F ☐ G |
| | | **Bank of Ann Arbor** | ☑ D ☐ E/F ☐ G |
| **2.2** **Barge, Kathleen** | **6132 Cottonwood Dr** <br> Street <br><br> **Whitmore Lake, MI 48189-9772** <br> City　　　　State　　　ZIP Code | **PayPal - Swift Financial** | ☐ D ☑ E/F ☐ G |
| | | **New Lane Finance** | ☐ D ☑ E/F ☐ G |
| | | **Great Lakes Pump & Supply Company** | ☐ D ☑ E/F ☐ G |
| | | **Balboa Capital Corporation** | ☐ D ☑ E/F ☐ G |

| ▮ | Additional Page if Debtor Has More Codebtors |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **Bank of Ann Arbor** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Internal Revenue Service** | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 _____ | Street _____<br><br>_____<br><br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br><br>_____<br><br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br><br>_____<br><br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br><br>_____<br><br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case:

Debtor name   **Johnson Enterprises-Johnson Wash Systems LLC**

United States Bankruptcy Court for the:

**Eastern District of Michigan**

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1.   Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For prior year:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For the year before that:** | From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

24-31570-jda     Doc 1     Filed 08/22/24     Entered 08/22/24 15:41:38     Page 30 of 50

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Bank of Ann Arbor**<br>Creditor's name<br><br>**38505 Woodward Ave Ste. 100**<br>Street<br><br>**c/o Douglas Bernstein Esq Plunkett & Cooney**<br><br>**Bloomfield Hills, MI 48304**<br>City　　　　State　ZIP Code | **7/19/2024** | **$63,246.12** | ☑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>❑ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Barge, Tyler**<br>Creditor's name<br><br>**6511 Woodland**<br>Street<br><br>**Whitmore Lake, MI 48189**<br>City　　　　State　ZIP Code<br><br>Relationship to debtor<br><br>**Son of principal** | | **$6,000.00** | **Loan repayment** |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

24-31570-jda　　Doc 1　Filed 08/22/24　Entered 08/22/24 15:41:38　Page 31 of 50

| Debtor | Johnson Enterprises-Johnson Wash Systems LLC | Case number *(if known)* | _____ |
|---|---|---|---|
| | Name | | |

**5.1.** _____

Creditor's name

_____

Street

_____

City      State   ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**6.1.** _____

Creditor's name

_____   XXXX– __ __ __ __

Street

_____

City      State   ZIP Code

---

## Part 3: Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Alro Steel Corporation v Johnson Enterprises, Johnson Wash Systems, LLC** | **Breach of contract** | **14A1 District Court** <br> Name <br> **4133 Washtenaw Road** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **241C1761-GC** | | **Ann Arbor, MI 48106** <br> City  State  ZIP Code | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Balboa Capital Corp v Johnson Enterprises-Johnson Wash Systems, LLC, Joseph Barge, Kathleen Barge** | **Breach of contract** | **22nd Circuit Court** <br> Name <br> **101 E Huron Street** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **24-000209-CZ** | | **Ann Arbor, MI 48107** <br> City  State  ZIP Code | |

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | |
| | Case title | Court name and address |
| Street | | Name |
| | Case number | Street |
| City          State     ZIP Code | | |
| | Date of order or assignment | City          State     ZIP Code |

---

## Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name | | | |
| Street | | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

## Part 5: Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| **10.1.** | | | |

---

## Part 6: Certain Payments or Transfers

**11.** Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Steinberg Shapiro & Clark** | **Attorney's Fee** | **05/28/2024** | **$15,000.00** |
| | **Address** | **Attorney's Fee** | **5/3/2024** | **$2,500.00** |
| | **25925 Telegraph Road Ste. 203 203** <br> Street | | | |
| | **Southfield, MI 48033** <br> City      State    ZIP Code | | | |
| | **Email or website address** | | | |
| | **steinbergshapiro.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| | **Debtor** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

13.1.

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

| Address |
|---|
| _____ |
| Street |
| _____ |
| City          State    ZIP Code |

| Relationship to debtor |
|---|
| _____ |

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. **8030 Kensington Rd** | From **5/2021** To **8/2023** |
| Street | |
| **Brighton, MI 48116** | |
| City          State    ZIP Code | |

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ | | |
| Facility name | | |
| Street | Location where patient records are maintained(if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City          State    ZIP Code | | *Check all that apply:* |
| | | ☐ Electronically |
| | | ☐ Paper |

**Part 9:**   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | **Citizens Bank** <br> Name <br><br> Street <br><br> City   State   ZIP Code | XXXX– **3 6 - 4** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | **1/18/24** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City    State    ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City    State    ZIP Code | | | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City    State    ZIP Code | | | |

---

**Part 12:** Details About Environmental Information

---

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State   ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State   ZIP Code | City          State   ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State   ZIP Code | City          State   ZIP Code | | |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Debtor | Johnson Enterprises-Johnson Wash Systems LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name _____<br>Street _____<br>_____<br>City State ZIP Code | _____<br>_____ | EIN: _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____ To _____ |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Richard Anderson, Quick Book Keeper, Inc.**<br>Name<br>**32401 8 Mile Rd**<br>Street<br><br>**Livonia, MI 48152-1301**<br>City State ZIP Code | From **2011** To **current** |
| 26a.2. **Barge, Kathleen**<br>Name<br>**6132 Cottonwood Dr**<br>Street<br><br>**Whitmore Lake, MI 48189-9772**<br>City State ZIP Code | From **all** To **current** |
| 26a.3. **Cornerstone Associates**<br>Name<br>**1056 Orndorf Dr Ste A**<br>Street<br><br>**Brighton, MI 48116-2479**<br>City State ZIP Code | From **2015** To **2021** |
| 26a.4. **France, Linda**<br>Name<br>**3484 Oak Knoll Dr**<br>Street<br><br>**Brighton, MI 48114-4906**<br>City State ZIP Code | From **2016** To **1/2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Debtor | Johnson Enterprises-Johnson Wash Systems LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Name and address | Dates of service |
|---|---|
| 26b.1. _____ | From _____ To _____ |
| Name | |
| _____ | |
| Street | |
| _____ | |
| City          State          ZIP Code | |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| **Barge, Kathleen** | **N/A** |
| Name | |
| **6132 Cottonwoood** | |
| Street | |
| **Whitmore Lake, MI 48189** | |
| City          State          ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Bank of Ann Arbor** |
| Name |
| **38505 Woodward Ave Ste. 100** |
| Street |
| **c/o Douglas Bernstein Esq Plunkett & Cooney** |
| **Bloomfield Hills, MI 48304** |
| City          State          ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____ |
| Name |
| _____ |
| Street |
| _____ |
| City          State          ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Barge, Kathleen | 6132 Cottonwoood Whitmore Lake, MI 48189 | Owner, Member | 100.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| _____ | _____ | _____ | From _____ <br> To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code <br><br> **Relationship to debtor** <br> _____ | _____ | _____ | _____ |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:** Signature and Declaration

24-31570-jda    Doc 1    Filed 08/22/24    Entered 08/22/24 15:41:38    Page 41 of 50

| Debtor | Johnson Enterprises-Johnson Wash Systems LLC | Case number (if known) |
|---|---|---|
| | Name | |

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____08/22/2024_____
           MM/ DD/ YYYY

**X** **/s/ Kathleen Barge**                Printed name           **Kathleen Barge**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   **Member/Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Debtor name    **Johnson Enterprises-Johnson Wash Systems LLC**

United States Bankruptcy Court for the:

**Eastern District of Michigan**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Bank of Ann Arbor c/o Plunkett & Cooney 38505 Woodward Ave Ste 100 Bloomfld Hls, MI 48304-5096 | (248) 901-4091 dbernstein@plunkettcooney.com | Consensual | | $106,000.00 | $118.65 | $105,881.35 |
| 2 | Balboa Capital Corporation c/o Deborah Rubin Esq. 27777 Franklin Rd Ste 2500 Southfield, MI 48034-8222 | (248) 727-1582 drubin@taftlaw.com | Business expenses | | | | $39,636.31 |
| 3 | New Lane Finance 123 S Broad St Fl 17 Philadelphia, PA 19109-1032 | (267) 768-3196 | | | | | $33,728.40 |
| 4 | PayPal - Swift Financial c/o MRS BPO LLC 1930 Olney Ave Cherry Hill, NJ 08003-2016 | (833) 858-1319 customerservice@swiftfinancial.com | | | | | $26,198.42 |
| 5 | Wanner Engineering 1204 Chestnut Ave Minneapolis, MN 55403-1230 | (612) 332-6937 | | | | | $23,965.31 |
| 6 | McLean Technologies 1425 Gartland Ave Nashville, TN 37206-2752 | (615) 346-4909 | | | | | $21,089.42 |
| 7 | Great Lakes Pump & Supply Company 1075 Naughton Dr Troy, MI 48083-1911 | (248) 528-9100 | | | | | $16,163.69 |
| 8 | Kensington Court LLC 12462 Hyne Rd Unit 8030 Brighton, MI 48114-9299 | (248) 505-0399 | | | | | $14,850.00 |

Debtor __Johnson Enterprises-Johnson Wash Systems LLC_____ Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Istobal Corp. 1045 Page St Bristol, VA 24201-2499 | (800) 336-8795 jed@istobal.com | | | | | $13,626.25 |
| 10 Sonny's Direct 100 E Kelso Rd Kaukauna, WI 54130-5512 | (920) 423-7170 x24012 | | | | | $11,876.34 |
| 11 Inxpress 10619 S Jordan Gtwy Ste 110 South Jordan, UT 84095-4048 | (208) 629-9566 matt.beck@inxpress.com | | | | | $9,640.00 |
| 12 Raile Company Attn Alan Wood 14278 E 9 Mile Rd Warren, MI 48089-2758 | | | | | | $8,905.00 |
| 13 Dultmeier Sales, LLC 13808 Industrial Rd Omaha, NE 68137-1104 | (800) 228-9666 dultmeier@dultmeier.com | | | | | $5,884.34 |
| 14 CAP 1 Spark Attn Dept 63001-0125 15000 Capital One Dr Richmond, VA 23238-1119 | (800) 867-0904 | | | | | $5,381.25 |
| 15 Chem Station Seattle c/o Muller Muller Richmond & Harms PC 33233 Woodward Ave Birmingham, MI 48009-0903 | (248) 645-2440 | | | | | $4,736.67 |
| 16 Alro Steel Hutchinson Warren & Assoc. 122 S Rawles St Ste 200 Romeo, MI 48065-5606 | (586) 281-3942 | Business expenses | | | | $3,804.96 |
| 17 American Express - Amazon World Financial Center 200 Vesey St New York, NY 10285-1000 | (833) 674-7268 | | | | | $3,347.19 |
| 18 Internal Revenue Service Cincinnati, OH 45999-0030 | (800) 829-4933 | Taxes | | | | $2,812.00 |
| 19 American Express c/o TransWorld Systems 620 W Germantown Pike Ste 220 Plymouth Mtng, PA 19462-1078 | | | | | | $2,370.51 |
| 20 City of Brighton 200 N 1st St Brighton, MI 48116-1268 | (810) 225-8001 | Utility Service | | | | $1,830.02 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**FLINT DIVISION**

IN RE: **Johnson Enterprises-Johnson Wash**
**Systems LLC**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **08/22/2024**     Signature         **/s/ Kathleen Barge**

Kathleen Barge, Member/Manager

Advan Integration (PTY) LTD
36 Dam Drive
Ifafi, Hartbeespoort 0260


Alro Steel
Hutchinson Warren & Assoc.
122 S Rawles St Ste 200
Romeo, MI 48065-5606


American Express
c/o TransWorld Systems
620 W Germantown Pike Ste 220
Plymouth Mtng, PA 19462-1078


American Express - Amazon
World Financial Center
200 Vesey St
New York, NY 10285-1000


American Express - Amazon
Po Box 60189
City Industry, CA 91716-0189


Balboa Capital Corporation
c/o Deborah Rubin Esq.
27777 Franklin Rd Ste 2500
Southfield, MI 48034-8222


Bank of Ann Arbor
c/o Plunkett & Cooney
38505 Woodward Ave Ste 100
Bloomfld Hls, MI 48304-5096


Joseph Barge
6132 Cottonwood Dr
Whitmore Lake, MI 48189-9772

Kathleen Barge
6132 Cottonwood Dr
Whitmore Lake, MI 48189-9772

CAP 1 Spark
Attn Dept 63001-0125
15000 Capital One Dr
Richmond, VA 23238-1119

CAP 1 Spark
Po Box 4069
Carol Stream, IL 60197-4069

Chem Station Seattle
c/o Muller Muller Richmond & Harms PC
33233 Woodward Ave
Birmingham, MI 48009-0903

City of Brighton
200 N 1st St
Brighton, MI 48116-1268

Dultmeier Sales, LLC
13808 Industrial Rd
Omaha, NE 68137-1104

Dultmeier Sales, LLC
Po Box 856771
Minneapolis, MN 55485-6771

Great Lakes Pump & Supply
Company
1075 Naughton Dr
Troy, MI 48083-1911

Gregory Dickinson
Assistant U.S. Attorney
211 W Fort St Ste 2001
Detroit, MI 48226-3220


Internal Revenue Service
Cincinnati, OH 45999-0030


Internal Revenue Service
Business Division
3971 Research Park Dr
Ann Arbor, MI 48108-2281

Inxpress
10619 S Jordan Gtwy Ste 110
South Jordan, UT 84095-4048


Inxpress
Po Box 709030
Sandy, UT 84070-9017


Istobal Corp.
1045 Page St
Bristol, VA 24201-2499


John F Muller Esq
c/o Muller Muller Richmond Harms PC
33233 Woodward Ave
Birmingham, MI 48009


Kensington Court LLC
12462 Hyne Rd Unit 8030
Brighton, MI 48114-9299

McLean Technologies
1425 Gartland Ave
Nashville, TN 37206-2752

Michigan Department of
Treasury
Collection/Bankruptcy Unit
Po Box 30199
Lansing, MI 48909-7699

Milliken & Michaels, Inc.
1114 17th St
Vero Beach, FL 32960-3630

Needlepoint Development
Po Box 462
New Hudson, MI 48165-0462

New Lane Finance
123 S Broad St Fl 17
Philadelphia, PA 19109-1032

New Lane Finance
Po Box 7358
Philadelphia, PA 19101-7358

PayPal - Swift Financial
c/o MRS BPO LLC
1930 Olney Ave
Cherry Hill, NJ 08003-2016

People Ready
c/o Ingold Law PLLC
555 Main St
Buffalo, NY 14203

Raile Company
Attn Alan Wood
14278 E 9 Mile Rd
Warren, MI 48089-2758


Sonny's Direct
100 E Kelso Rd
Kaukauna, WI 54130-5512


Sunbelt Rentals
c/o Tucker Albin & Associates
1702 N Collins Blvd Ste 100
Richardson, TX 75080-3662


Unemployment Insurance
Agency
Cadillac Place
3024 W Grand Blvd Ste L-385
Detroit, MI 48202-6024

Wanner Engineering
1204 Chestnut Ave
Minneapolis, MN 55403-1230


Winfield Machine Repair
29761 Groesbeck Hwy
Roseville, MI 48066-1923